UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-188-FDW

| | | |
|---|---|---|
| JAMES C. McNEILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MARQUHNE BENJAMIN JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on periodic status review of the case.

On October 23, 2018, the United States Marshals Service was ordered to attempt to serve Defendants Johnson and Yang in accordance with Rule 4 of the Federal Rules of Civil Procedure. (Doc. No. 16). The U.S. Marshals Service was instructed to use all reasonable efforts to locate and obtain personal service on Defendants Johnson and Yang and, if it was unable to obtain service on Defendants, to inform the Court of its reasonable attempts to do so. (Id.).

On November 2, 2018, a summons form was returned executed as to Defendant Yang. (Doc. No. 20). However, no summons form has been returned with regards to Defendant Johnson.

Within 14 days of this Order, the U.S. Marshals Service shall file a Response informing the Court of the status of its efforts to serve Defendant Johnson in accordance with the October 23, 2018, Order.

**IT IS THEREFORE ORDERED that:**

(1) The U.S. Marshal shall file a Response within **fourteen (14)** days of this Order informing the Court of the status of its efforts to serve Defendant Johnson.

(2) The Clerk of Court is respectfully instructed to mail a copy of this Order to the U.S.

1

Marshal.

Signed: November 20, 2018

Frank D. Whitney
Chief United States District Judge