# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:18-cv-00188-MR

| | |
|---|---|
| JAMES C. MCNEILL, ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| MARQUHNE BENJAMIN JOHNSON, et al., ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court *sua sponte*.

Trial has been set in this prisoner civil rights action for the term beginning on January 11, 2021. [See Doc. 76]. To facilitate a resolution of this case before that time, the parties may request a judicial settlement conference before the Magistrate Judge. See LCvR 16.3(d)(2). The parties shall inform the Court, within 30 days, whether they will be requesting a judicial settlement conference in this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall notify the Court, within 30 days of this Order, whether they are requesting a judicial settlement conference.

**IT IS SO ORDERED.**

Signed: October 23, 2020

Martin Reidinger
Chief United States District Judge