IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00188-MR

| | |
|---|---|
| JAMES C. MCNEILL, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CEDRIC GRAHAM, *Correctional Officer*, | ) |
| KARIEM LANE, *Correctional Officer*, | ) |
| SUSAN MORRISON, *Correctional Officer* | ) |
| Defendants. | ) |

This matter is before the undersigned following the Order of the District Court. Doc. 90.

A judicial settlement conference has been set for **Wednesday, March 17, 2021** beginning at 1:00 p.m.

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from Polk Correctional Institution, Plaintiff's present place of incarceration. Polk Correctional Institution shall ensure that the necessary accommodations are made to allow Plaintiff to participate in the settlement conference.

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants and their counsel

participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate using the same conference line as Defendants and their counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later than March 8, 2021 or be subject to summary denial.

The Clerk is respectfully instructed to certify a copy of this Order to Mr. Kenneth Jones at Polk Correctional Institution.

It is so ordered.

Signed: February 25, 2021

W. Carleton Metcalf
United States Magistrate Judge