# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00188-GCM

| | |
|---|---|
| JAMES C. MCNEILL,<br><br>**Plaintiff,**<br><br>v.<br><br>CEDRIC GRAHAM,<br>SUSAN MORRISON,<br>KARIEM LANE,<br><br>**Defendants.** | <u>**ORDER**</u> |

**TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina.**

**TO: Warden, Polk Correctional Institution, Butner, North Carolina.**

**IT IS ORDERED** that the Warden of the Polk Correctional Institution, have the body of **James C. McNeill**, offender number **0275601**, now incarcerated at the Polk Correctional Institution, under safe and secure conduct before the undersigned United States Senior District Judge Graham C. Mullen, in and for the United States District Court for the Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, on or before **June 16, at 10:00 a.m.**, to be present for the trial in this matter. Mr. McNeill's trial is scheduled to begin at **10:00 a.m. on Wednesday, June 16, 2021**, in Courtroom 5A of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina 28202.

Because Mr. McNeill is not in federal custody for these proceedings, the United States Marshals Service shall not be responsible for accompanying Mr. McNeill while he is in the courthouse. The Warden of Polk Correctional Institution shall be responsible for having sufficient state law enforcement officers to be present at all times and responsible for

maintaining custody of, and ensure safe and secure conduct by, Mr. McNeill for the duration of the trial in this matter. **The Warden of Polk Correctional Institution shall ensure that Mr. McNeill is present for each and every day of trial until the trial is completed**.

**IT IS, THEREFORE, ORDERED** that the Warden at the Polk Correctional Institution must transport Plaintiff James C. McNeill, so that he is present for trial to begin on **Wednesday, June 16, 2021 at 10:00 a.m.,** and then return him to the Polk Correctional Institution at the conclusion of trial.

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties, the U.S. Marshal, and the Warden of the Polk Correctional Institution, Box 2500, Butner, NC 27509.

**SO ORDERED.**

Signed: April 30, 2021

*[Signature]*

Graham C. Mullen
United States District Judge