# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-188-GCM

| | |
|---|---|
| JAMES C. MCNEILL, | )
|       Plaintiff, | ) |
| vs. | ) |
| MARQUHNE BENJAMIN JOHNSON, et al., | ) **ORDER** |
|       Defendants. | ) |

**THIS MATTER** is before the Court *sua sponte*.

On May 4, 2021, the Court ordered counsel for Defendants to show cause, within 10 days, why subpoenas *ad testificandum* should not be issued for inmates Jessie Lee Grooms and Selran Watford's attendance at trial as witnesses for Plaintiff. (Doc. No. 100). Since issuing that Order, the Court has learned that these witnesses are available to appear by video. It will, therefore, withdraw the Order requiring a response from defense counsel.

**IT IS, THEREFORE, ORDERED** that the Order requiring defense counsel to show cause why subpoenas should not be issued for inmates Grooms and Watford, (Doc. No. 100), is **WITHDRAWN**.

Signed: May 17, 2021

Graham C. Mullen
United States District Judge

1