# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00188-GCM

| | |
|---|---|
| JAMES C. MCNEILL,<br><br>      **Plaintiff,**<br><br>v.<br><br>CEDRIC GRAHAM,<br>SUSAN MORRISON,<br>KARIEM LANE,<br><br>      **Defendants.** | **ORDER** |

Pursuant to the Stipulation of Dismissal of Plaintiff's Claims (ECF Doc. 110), which was filed on June 10, 2021, the Writ of Habeas Corpus ad Testificandum (ECF Doc. 99), directing the Warden at Polk Correctional Institution to transport Plaintiff McNeill to Charlotte for his trial on June 16, 2021, will be vacated. Additionally, all pending motions will be dismissed as moot.

**IT IS THEREFORE ORDERED** that:

1. The Writ of Habeas Corpus ad Testificandum (ECF Doc. 99) is **VACATED**;

2. All pending motions shall be **DISMISSED AS MOOT**; and

3. The Clerk is respectfully instructed to mail a copy of this Order to all parties, the U.S. Marshal for the Western District of North Carolina, and the Warden of the Polk Correctional Institution, Box 2500, Butner, NC 27509.

**SO ORDERED**.

Signed: June 10, 2021

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge